IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROOSEVELT BRADLEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ATLANTIC PAPER AND TWINE COMPANY, INC.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00080-PPS-JEM |

**STIPULATION FOR DISMISSAL**

　　　　Plaintiff, ROOSEVELT BRADLEY, and Defendant, ATLANTIC PAPER AND TWINE COMPANY, INC., by and through their undersigned counsel, hereby stipulate that:

　　　　1.　　This action shall be DISMISSED, with prejudice, as between all parties, and;

　　　　2.　　Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

　　Dated: July 10, 2023

| | |
|---|---|
| NYE STIRLING, HALE, MILLER & SWEET, LLP | HUNT SUEDHOFF KEARNEY LLP |
| By: __/s/ Benjamin J. Sweet__<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, Pennsylvania 15243<br>Phone: (412) 857-5350 | By: __/s/ Michelle K. Floyd__<br>Michelle K. Floyd, Esq.<br>mfloyd@hsk-law.com<br>803 South Calhoun St., 9th Floor<br>Fort Wayne, IN 46858-1489<br>Phone (260) 423-1311 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 10th day of July, 2023.

                                                           */s/ Benjamin J. Sweet*
                                                                Benjamin J. Sweet