IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROOSEVELT BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 2:23-CV-80-PPS-JEM |
| vs. ) | |
| ) | |
| ATLANTIC PAPER AND TWINE ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff, Roosevelt Bradley, and Defendant, Atlantic Paper and Twine Company, Inc., filed a Stipulation for Dismissal. [DE 22.]

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation for Dismissal [DE 22] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this case **WITH PREJUDICE**. Each party shall bear their own costs and fees, including attorneys' fees incurred in connection with the action. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: July 11, 2023.

                                                         s/ Philip P. Simon
                                                         PHILIP P. SIMON, JUDGE
                                                         UNITED STATES DISTRICT COURT